

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COUNTY OF EL PASO, TEXAS, | § | No. 08-18-00039-CV |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| MONICA MIRANDA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2011-2224) |
| | § | |

## **MEMORANDUM OPINION**

The County of El Paso, Texas and Monica Miranda have filed a joint motion to set aside the trial court's judgment and remand the cause to the trial court for dismissal of the suit with prejudice. *See* TEX.R.APP.P. 42.1(a)(2)(B). The motion is granted. Accordingly, the trial court's judgment is set aside without regard to the merits and the cause is remanded to the trial court for dismissal of the case with prejudice in accordance with the agreement of the parties.

GINA M. PALAFOX, Justice

August 15, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.